UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cornerstone Foodservice Group, Inc. and Commercial Stainless Fabricators, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Jason S. Womack and JW Industrial Holdings, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:23-cv-00678-MHC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1, Plaintiffs Cornerstone Foodservice Group, Inc. and Commercial Stainless Fabricators, Inc. hereby voluntarily dismiss this action, without prejudice, prior to Defendants Jason S. Womack and JW Industrial Holdings, LLC serving an answer or filing a motion for summary judgment.

Respectfully submitted this 15th day of February, 2023.

*(Signature block on next page)*

Respectfully Submitted,

/s/ *Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
T: (678) 420-9300
F: (678) 420-9301
colemank@ballardspahr.com
*Attorney for Plaintiffs Cornerstone Foodservice Group, Inc. and Commercial Stainless Fabricators, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2023, the foregoing was served on all Defendants, via U.S. Mail, addressed as follows:

Jason S. Womack
4150 Gemstone Terrace
Marietta, GA 30062

JW Industrial Holdings, LLC
c/o Jason S. Womack
4150 Gemstone Terrace
Marietta, GA 30062

/s/ *Keisha O. Coleman*
Keisha O. Coleman
Georgia Bar 844720